# MEMORANDUM DECISIONS.

ABRAMOWITZ v. GOOD et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Louis Abramowitz against Lee S. Good and another. No opinion. Application denied, with $10 costs. Order signed.

———

ACARDO v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Sebastiano Acardo against the New York Contracting Company. No opinion. Motion denied on terms stated in order. Order filed.

———

ADLIN v. EXCELSIOR BRICK CO. OF HAVERSTRAW et al. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Minnie Adlin, as administratrix, etc., of Elimelech Adlin, against the Excelsior Brick Company of Haverstraw, N. Y., and others. No opinion. Motion for reargument denied, with costs. See, also, 129 App. Div. 713, 113 N. Y. Supp. 1017.

———

ALBERT, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Elizabeth Albert against the Brooklyn Heights Railroad Company. No opinion. Order of the Municipal Court affirmed, with costs.

———

ALBRECHTSEN, Respondent, v. LORETZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry P. Albrechtsen against Susie H. Loretz. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

ALFANI, Respondent, v. WEIDIG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry F. Alfani against William J. Weidig and others.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff's letter of April 30th shows that no purchaser ready to buy was obtained, and that the verdict was against the weight of evidence.

———

ALTMAN, Respondent, v. MERONI, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Benjamin Altman against Adele Meroni. I. M. Harris, for appellant. S. Hanford, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents, voting to modify judgment by restricting execution to attached property.

———

AMERICAN MFG. CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the American Manufacturing Company against the city of New York and another. No opinion. Judgment affirmed, with costs.

———

ASH, Respondent, v. MEEKS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William H. Ash against Emma Meeks.

PER CURIAM. Motion granted, with $10 costs, unless the defendant forthwith perfect the appeal, put the case at the foot of the present calendar, and be ready for argument when reached, in which case the motion is denied, without costs.

———

BACOT v. FESSENDEN. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Julius I. Bacot against Levi A. Fessenden. No opinion. Motion denied, with $10 costs. Order filed. See, also, 115 N. Y. Supp. 698.

———

BARKER v. BARKER. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Eva M. Barker against Charles B. Barker. No opinion. Motion denied.

———

BARNES et al. v. MIDLAND R. TERMINAL CO. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company. No opinion. Motion granted, and order of reference to David F. Manning, Esq. See, also, 126 App. Div. 435, 110 N. Y. Supp. 545.

———

BARR v. SOFRANSKI et al. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by William J. Barr, as trustee, against Eva Sofranski and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 115 N. Y. Supp. 533.

———

BAUMAN, Respondent, v. TANNENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Adolph Bauman against Lippman Tan-